# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Martin Retamoza-Chaidez,<br>a.k.a.: Martin Retamoza Chaidez,<br>(A 092 674 798)<br>*Defendant* | Case No. 16-7441 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 16, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Martin Retamoza-Chaidez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about February 21, 1995, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 17, 2016

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 16, 2016, while following a lead, the Phoenix ICE Fugitive Operation Unit (FUGOPS) encountered Martin Retamoza-Chaidez near the intersection of West Camelback Road and Tom Murray Avenue while conducting mobile surveillance in Phoenix, Arizona. ICE officers with FUGOPS interviewed Retamoza-Chaidez on scene and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Retamoza-Chaidez was transported to the Phoenix ICE office for further investigation and processing. Retamoza-Chaidez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Martin Retamoza-Chaidez to be a citizen of Mexico and a previously deported criminal alien. Retamoza-Chaidez was removed from the United States to Mexico at or near Calexico, California, on or about

1

February 21, 1995, pursuant to a removal order issued by an immigration judge. There is no record of Retamoza-Chaidez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Retamoza-Chaidez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Martin Retamoza-Chaidez was convicted of Transporting Cocaine, a felony offense, on April 9, 1991, in the Superior Court of California, County of Kings. Retamoza-Chaidez was sentenced to eight (8) years' incarceration. Retamoza-Chaidez's criminal history was matched to him by electronic fingerprint comparison.

5. On November 16, 2016, Martin Retamoza-Chaidez was advised of his constitutional rights. Retamoza-Chaidez freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 16, 2016, Martin Retamoza-Chaidez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about February 21, 1995, and not having

obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 17th day of November, 2016.

_____
Bridget S. Bade,
United States Magistrate Judge